# Exhibit
# 2

  •  

## MailChimp for WooCommerce

The new and improved MailChimp for WooCommerce extension opens up a world of smart, automated marketing - and it's free!

**FREE - GET IT NOW  ❯**

✕

COMMERCE

SIGN IN WITH WORDPRESS.COM

**GET STARTED**

  

☰ NAVIGATION



# 3 amazing things you can do with WooCommerce Bookings

 WRITTEN BY NICOLE KOHLER ON MAY 30, 2017

BLOG    BOOKABLE GOODS

One of our longtime favorite extensions for WooCommerce is **WooCommerce Bookings**. It's packed with functionality that helps businesses of all types function, from agencies to boutiques to restaurants.

But if you've never taken a good look at Bookings, you might not realize everything it's capable of. This powerful extension can do *much* more than reserve hotel rooms or book appointments for their next haircut. Even better – if you're setting up a new store it's available in one of our potent bundles – check out the [WooBookings Bundle](#).

**Let's look at how you can use WooCommerce Bookings to sell your time, organize events, and even rent products** — and how these amazing options might translate into more money for your (yes, *your*) business.

## Sell your time (instead of giving it away)

When we talk about selling your time with Bookings, most business owners say "that's not for me — I'm not an expert."

But **you're probably already giving away your time for free without realizing it**. Every time you schedule a meeting with someone, hop on a quick call, or even grab lunch with a fellow business owner, you're giving your time away.

And that time is valuable. It's time you could spend improving your business or selling more products.

No, we're *not* suggesting that you start charging everyone for every meeting you hold. You wouldn't be very likable if your lunches came with a fee. 😉 But you *should* think about how you might already be giving away your knowledge, and how you could perhaps monetize it.



*One way to use Bookings: selling your time instead of giving it away for free.*

Along with <u>selling your content</u>, **you can use WooCommerce Bookings to set up consulting sessions** so you can start getting paid for what you know, do, and excel at.

A few ideas:

- **Offer 30 minute meetings with a small fee** so fellow business owners can pick your brain — either online or in person.
- Hold a webinar that can be booked for free, but **charge for follow-up sessions or additional content**.
- If you're a speaker in your industry, you can **use Bookings to reserve events and charge your speaking fees** (with the option to approve each event, of course).



*Want to approve those bookings first? No problem — it's built right into the extension.*

## Book resources, like event staff, for a specific day

Bookings systems are typically used by customers who are making an appointment for a service (ex. a salon) or a stay (ex. a hotel).

But **you can — and** *should* **— take bookings from customers who want people or products to come to** *them*.

This might look like letting customers pick a specific day and time for a caterer to serve food at their upcoming wedding. Or it might look like a florist taking bookings for specific arrangements delivered to specific locations.

It might even look like a record label allowing one or more of their artists to be booked for concerts, festivals, or private events.



*Specific people can be added to your bookings, so customers can reserve who they want and you'll know who's going where and when.*

For a real life example of this kind of booking read about the process at EYExplore Tokyo, where you can reserve a guide for a photography tour of Japan — plus choose the city, type of tour, and specific date that suits your personal preference.



*Want to take a photography tour of Tokyo? Bookings can help you reserve your spot.*

**If you want your staff to be booked for specific places and times, WooCommerce Bookings is what you need**. With the customer choosing the date from *your* calendar, there's no back-and-forth to slow you down. They'll tell you exactly what they need and when, and then it's just up to you to deliver.

## Rent products out on a temporary basis

[The sharing economy is surging in eCommerce](#). We've gone far beyond Uber and Airbnb now; chances are you've seen at least one Facebook ad for shops that let you try fashionable clothing and only buy the pieces you love.

**You can use WooCommerce Bookings to rent or temporarily reserve products** — everything from clothing to party supplies to lawn and garden equipment. While the typical usage of the extension might be to permanently sell something, there's no reason you can't use it for an item you get back.

You may even want to use Bookings to lend out products *on top of* what you're already selling — so, for example, customers can either a buy a new outfit outright or rent it for a reduced cost just to wear on a date.



*Why buy when you can rent? If you sell high-end clothes, you might see a huge uptick in sales by offering to lend them out for a single day.*

A few ideas for rentals:

- **Offer paid hands-on trials of expensive products** so a customer can "try before they buy" (and only spend a little before spending a lot).
- **Rent out expensive items that are typically purchased**, like wedding or formal wear, and throw in delivery or pick-up as an incentive to book.
- Perhaps a little obvious, but **allow vehicles like cars, buses, or even limos that come with a driver to be reserved**, picked up, and brought back on time. (We'll leave the insurance up to you.)
- A final thought specifically for <u>consumer electronics stores</u>: **rent out items needed temporarily**, like spare laptops or projectors for business meetings, routers for hotels hosting lots of guests needing wifi, etc.

[Here's a quick use case on renting items with WooCommerce Bookings](#) that might come in handy if you want to give this a try.

## What will you do with WooCommerce Bookings?

As we've shown you here, **there is a *lot* you can do with WooCommerce Bookings**, from selling your time to booking specific people to renting out products on a temporary basis.

We love hearing about all the new ways our customers are finding to use this extension. So if you're planning to use Bookings to do something amazing — or are already using it in a really exciting way — leave a comment below and let us know about it!

> **Recommended reading:**
>
> - [How to run a successful bookings-based website](#)
> - [How to increase conversions on your bookings site](#)
> - [Take a photo tour of Tokyo with this Bookings-powered site](#)



## WooBookings Bundle

Everything you need to build a fully-customizable bookings site.

( Get started ❯ )

[Share this:](#)

[F] Facebook 79    [t] Twitter    [G+] Google    [P] Pinterest 2    [✉] Email

Case 5:20-cv-00722-NC   Document 1-2   Filed 01/31/20   Page 9 of 23

**Like this:**

 Like

Be the first to like this.

---

TAGS:   RENTING PRODUCTS   RESERVATIONS   SELLING YOUR TIME   WOOCOMMERCE BOOKINGS

# 14 Responses



**Marco**

May 30, 2017 at 10:26 pm #

Thanks for this article. The example of the ptgrapher tours is exactly what we plan 😉

I think we have to take a closer look to WooCommerce Booking.

Regards from Berlin, Germany
Marco



**Jack**

May 31, 2017 at 8:51 am #

Very nice article. i love to this post. very impressive. Thank you so much for sharing.



**Laurie**

May 31, 2017 at 9:14 am #

Great tips! Great resource! I was selling one to one help sessions for a while! If you are recording those, you can convert into an online course and sell it.



**Kat**

May 31, 2017 at 8:05 pm #

Absolutely! Great idea 🙂



**Eduardo**
June 3, 2017 at 6:47 pm #

My question is about courses or something related. The specific part we need is to sell courses but these are in person, so the teacher needs a minimum number of students to get his time's worth. If the minimum is 10 but only 6 people book it, is there an add-on where it would automatically put the course on hold and maybe return the money to each one that paid?
Thanks in advance.



**Kat**
June 5, 2017 at 11:11 pm #

Hi Eduardo, as it says in the **WooCommerce Bookings FAQ**, it's possible to use **WooCommerce Deposits** to accept a deposit or down-payment on a booking, which you could then refund if the class doesn't go forward.



**Manish**
June 5, 2017 at 11:38 am #

That's awesome Nicole! think I will need to take a closer look at WooCommerce Booking. I didn't know that such thing is possible with WooCommerce.



**Marcel**
June 20, 2017 at 8:26 pm #

As someone who works on and offline (in a store) how easy is it for the store owner to add an appointment by himself – from a client who made an appointment on the phone, for instance?

Many thanks!



**Kat**
June 22, 2017 at 12:40 pm #

Hi there, as it says in our documentation under Managing Bookings, it's possible to manually create a booking:
**https://docs.woocommerce.com/document/managing-bookings/#section-6**

Cheers! 



**Marcel**
June 23, 2017 at 8:20 pm #

Thank you very much!



**wpxdevs**
June 21, 2017 at 4:27 am #

Thanks for sharing this content.



**Karan**
June 22, 2017 at 6:47 pm #

Thanks for this amazing and great post, I liked it a lot.



**Rolf**
June 23, 2017 at 8:54 pm #

Thanks for this article. its amazing how much is possible with woocomerce.

Thank you



**AirMac**
June 25, 2017 at 8:21 pm #

A great article – a must-do for every shop owner!

- Share:
- **Facebook79**
- **Twitter**

Case 5:20-cv-00722-NC Document 1-2 Filed 01/31/20 Page 12 of 23

# WooCommerce - the **most customizable eCommerce platform** for building **your online business.**

GET STARTED

 30 day **money back guarantee**

 **Support** teams across the world

 **Safe & Secure** online payment

### WHO WE ARE

About

Our Mission

Giving Back

Team

Work With Us

Style Guide

### WOOCOMMERCE

Features

Extension Store

eCommerce blog

Development blog

Ideas board

iOS App

4/19/2018
Case 5:20-cv-00722-NC Document 1-2 Filed 01/31/20 Page 13 of 23
3 amazing things you can do with WooCommerce Bookings

OTHER PRODUCTS

Storefront

WooSlider

Sensei

Sensei Extensions

Other Plugins

## SUPPORT

Help Desk

Documentation

Videos

Customizations

Support Policy

Contact

## WE RECOMMEND

Pre-sales FAQ

Customer Stories

Hosting Solutions

Design Feedback Group

 

**COPYRIGHT WOOCOMMERCE 2018.**
**TERMS & CONDITIONS.**

AUTOMATTIC

 +  **Accept payments anywhere with Square for WooCommerce**

Connect your WooCommerce site to Square in minutes and manage your business from one place.

FREE - GET IT NOW ➤

✕

WOOCOMMERCE

SIGN IN WITH WORDPRESS.COM    GET STARTED    |    🔍   🛒

☰ NAVIGATION

# Everything you need to take bookings online

Reservations, appointments, rentals and more. A bundle of twenty products to build a fully-customizable bookings site on the world's most popular eCommerce platform.

**$299 - ADD TO CART**

*Get **1 year of updates and support** from the date of purchase. Bundles renew at 100% of the current bundle price.*





## From appointments and ticketing to rentals, add a wide variety of booking options to your WooCommerce store

Guided coastal walks, hair salon appointments, ferry tickets, accommodation or safari tours - with WooCommerce you can create the structure that makes sense for you. Take bookings for set time slots, let customers book for a flexible duration of time, offer additional service - it's all possible with WooCommerce.

## Flexible payment options for local and international payments

Let customers pay when they check out or after a booking is approved. WooCommerce is integrated with leading payment providers, so you and your customers are always safe.





## Offer add-on services or discounts to create a tailored experience

Allow customers to tailor their experience by booking extra services, such as a manicure with their massage. Send coupons or store credit to guests after their booking is complete to keep them coming back.

## Set your own schedule with blocked days, special prices and more





Let customers book from an easy-to-understand calendar. Block time you want to take off, create buffers between bookings and customize booking prices for a given duration, for specific days or for certain customers.

### Manage resources like your time, service provider availability and stock

Define resources needed per booking (rooms, hair stylist, camera for hire) and avoid double-bookings or low-stock. Service providers can log in and manage individual offerings themselves (updating descriptions, availability etc).

### Reduce no-shows with automated reminders

Set up automatic email reminders for upcoming bookings or reservations, proven to reduce no-shows and make sure customers find their way to you right on time.

### Wrap it all up in a beautiful package

Choose a premium version of our flexible Storefront theme to get started, or bring your own design. Create a site as unique as your brand.

PROUDLY POWERING THESE AMAZING STORES



## Get started today

A world of bookings awaits - get set, start accepting them!

$299 - ADD TO CART

# FAQs

### What about support and updates?

**WooBookings documentation** is provided. Support and updates for all extensions and themes in this bundle are valid for one year after purchase. Your subscription auto-renews each year, enabling you to get continued help and updates.

### Which products are in included?

**Stripe** payment gateway, **WooCommerce Bookings**, **Product Add-Ons**, **Product Vendors**, **Accommodation Bookings**, **Smart Coupons**, and **14 premium Storefront child themes**. Extensions work together with some limitations. **Contact us** about compatibility.

### How many sites can I use this bundle for?

A single site. The purchase of this bundle gives you a single site license for every extension and theme included in the bundle. Support and updates are delivered for one year after purchase.

WooCommerce - the **most customizable eCommerce platform** for building **your online business.**

GET STARTED

 30 day **money back guarantee**

 **Support** teams across the world

 **Safe & Secure** online payment

**WHO WE ARE**

About
Our Mission
Giving Back
Team
Work With Us
Style Guide

**WOOCOMMERCE**

Features
Extension Store
eCommerce blog
Development blog
Ideas board
iOS App

**OTHER PRODUCTS**

Storefront
WooSlider
Sensei
Sensei Extensions
Other Plugins

**SUPPORT**

Help Desk
Documentation
Videos
Customizations
Support Policy
Contact

**WE RECOMMEND**

Pre-sales FAQ
Customer Stories
Hosting Solutions
Design Feedback Group

COPYRIGHT WOOCOMMERCE 2018.
TERMS & CONDITIONS.




Accept payments anywhere with Square for WooCommerce
Connect your WooCommerce site to Square in minutes and manage your business from one place.

FREE - GET IT NOW  ›





# 3 amazing things you can do with WooCommerce Bookings

WRITTEN BY NICOLE KOHLER ON MAY 30, 2017

BLOG    BOOKABLE GOODS

One of our longtime favorite extensions for WooCommerce is WooCommerce Bookings. It's packed with functionality that helps businesses of all types function, from agencies to boutiques to restaurants.

But if you've never taken a good look at Bookings, you might not realize everything it's capable of. This powerful extension can do *much* more than reserve hotel rooms or book appointments for their next haircut. Even better – if you're setting up a new store it's available in one of our potent bundles – check out the WooBookings Bundle.

**Let's look at how you can use WooCommerce Bookings to sell your time, organize events, and even rent products** — and how these amazing options might translate into more money for your (yes, *your*) business.

## Sell your time (instead of giving it away)

When we talk about selling your time with Bookings, most business owners say "that's not for me — I'm not an expert."

But **you're probably already giving away your time for free without realizing it**. Every time you schedule a meeting with someone, hop on a quick call, or even grab lunch with a fellow business owner, you're giving your time away.

And that time is valuable. It's time you could spend improving your business or selling more products.

No, we're *not* suggesting that you start charging everyone for every meeting you hold. You wouldn't be very likable if your lunches came with a fee. 😉 But you *should* think about how you might already be giving away your knowledge, and how you could perhaps monetize it.



*One way to use Bookings: selling your time instead of giving it away for free.*

Along with selling your content, you can use WooCommerce Bookings to set up **consulting sessions** so you can start getting paid for what you know, do, and excel at.

A few ideas:

- **Offer 30 minute meetings with a small fee** so fellow business owners can pick your brain — either online or in person.
- Hold a webinar that can be booked for free, but **charge for follow-up sessions or additional content**.
- If you're a speaker in your industry, you can **use Bookings to reserve events and charge your speaking fees** (with the option to approve each event, of course).



*Want to approve those bookings first? No problem — it's built right into the extension.*

## Book resources, like event staff, for a specific day

Bookings systems are typically used by customers who are making an appointment for a service (ex. a salon) or a stay (ex. a hotel).

But **you can — and *should* — take bookings from customers who want people or products to come to *them*.**

This might look like letting customers pick a specific day and time for a caterer to serve food at their upcoming wedding. Or it might look like a florist taking bookings for specific arrangements delivered to specific locations.

It might even look like a record label allowing one or more of their artists to be booked for concerts, festivals, or private events.



*Specific people can be added to your bookings, so customers can reserve who they want and you'll know who's going where and when.*

For a real life example of this kind of booking read about [the process at EYExplore Tokyo](#), where you can reserve a guide for a photography tour of Japan — plus choose the city, type of tour, and specific booking date that suits your personal preference.



*Want to take a photography tour of Tokyo? Bookings can help you reserve your spot.*

**If you want your staff to be booked for specific places and times, WooCommerce Bookings is what you need**. With the customer choosing the date from *your* calendar, there's no back-and-forth to slow you down. They'll tell you exactly what they need and when, and then it's just up to you to deliver.

## Rent products out on a temporary basis

[The sharing economy is surging in eCommerce](#). We've gone far beyond Uber and Airbnb now; chances are you've seen at least one Facebook ad for shops that let you try fashionable clothing and only buy the pieces you love.

**You can use WooCommerce Bookings to rent or temporarily reserve products** — everything from clothing to party supplies to lawn and garden equipment. While the typical usage of the extension might be to permanently sell something, there's no reason you can't use it for an item you get back.

You may even want to use Bookings to lend out products *on top of* what you're already selling — so, for example, customers can either a buy a new outfit outright or rent it for a

reduced cost just to wear on a date.



*Why buy when you can rent? If you sell high-end clothes, you might see a huge uptick in sales by offering to lend them out for a single day.*

A few ideas for rentals:

- **Offer paid hands-on trials of expensive products** so a customer can "try before they buy" (and only spend a little before spending a lot).
- **Rent out expensive items that are typically purchased**, like wedding or formal wear, and throw in delivery or pick-up as an incentive to book.
- Perhaps a little obvious, but **allow vehicles like cars, buses, or even limos that come with a driver to be reserved**, picked up, and brought back on time. (We'll leave the insurance up to you.)
- A final thought specifically for <u>consumer electronics stores</u>: **rent out items needed temporarily**, like spare laptops or projectors for business meetings, routers for hotels hosting lots of guests needing wifi, etc.

<u>Here's a quick use case on renting items with WooCommerce Bookings</u> that might come in handy if you want to give this a try.

## What will you do with WooCommerce Bookings?

As we've shown you here, **there is a *lot* you can do with WooCommerce Bookings**, from selling your time to booking specific people to renting out products on a temporary basis.

We love hearing about all the new ways our customers are finding to use this extension. So if you're planning to use Bookings to do something amazing — or are already using it in a really exciting way — leave a comment below and let us know about it!

Recommended reading:

- <u>How to run a successful bookings-based website</u>
- <u>How to increase conversions on your bookings site</u>
- <u>Take a photo tour of Tokyo with this Bookings-powered site</u>



**WooBookings Bundle**

Everything you need to build a fully-customizable bookings site.

Get started ›

Share this:

Facebook    Twitter    G+ Google    Pinterest    Email

Like this:

Loading...

TAGS:   RENTING PRODUCTS    RESERVATIONS    SELLING YOUR TIME    WOOCOMMERCE BOOKINGS

# 14 Responses



**Marco**
May 30, 2017 at 10:26 pm #

Thanks for this article. The example of the ptgrapher tours is exactly what we plan 😉

I think we have to take a closer look to WooCommerce Booking.

Regards from Berlin, Germany
Marco



**Jack**
May 31, 2017 at 8:51 am #

Very nice article. i love to this post. very impressive. Thank you so much for sharing.



**Laurie**
May 31, 2017 at 9:14 am #

Great tips! Great resource! I was selling one to one help sessions for a while! If you are recording those, you can convert into an online course and sell it.



**Kat**
May 31, 2017 at 8:05 pm #

Absolutely! Great idea 🙂



**Eduardo**
June 3, 2017 at 6:47 pm #

My question is about courses or something related. The specific part we need is to sell courses but these are in person, so the teacher needs a minimum number of students to get his time's worth. If the minimum is 10 but only 6 people book it, is there an add-on where it would automatically put the course on hold and maybe return the money to each one that paid?
Thanks in advance.



**Kat**
June 5, 2017 at 11:11 pm #

Hi Eduardo, as it says in the **WooCommerce Bookings FAQ**, it's possible to use **WooCommerce Deposits** to accept a deposit or down-payment on a booking, which you could then refund if the class doesn't go forward.



**Manish**
June 5, 2017 at 11:38 am #

That's awesome Nicole! think I will need to take a closer look at WooCommerce Booking. I didn't know that such thing is possible with WooCommerce.



**Marcel**
June 20, 2017 at 8:26 pm #

As someone who works on and offline (in a store) how easy is it for the store owner to add an appointment by himself – from a client who made an appointment on the phone, for instance?

Many thanks!



**Kat**
June 22, 2017 at 12:40 pm #

Hi there, as it says in our documentation under Managing Bookings, it's possible to manually create a booking:
https://docs.woocommerce.com/document/managing-bookings/#section-6

Cheers! 🙂



**Marcel**
June 23, 2017 at 8:20 pm #

Thank you very much!



**wpxdevs**
June 21, 2017 at 4:27 am #

Thanks for sharing this content.



**Karan**
June 22, 2017 at 6:47 pm #

Thanks for this amazing and great post, I liked it a lot.



**Rolf**
June 23, 2017 at 8:54 pm #

Thanks for this article. its amazing how much is possible with woocommerce.

Thank you



**AirMac**
June 25, 2017 at 8:21 pm #

A great article – a must-do for every shop owner!

- Share:
- Facebook
- Twitter

**WooCommerce** - the **most customizable eCommerce platform** for building **your online business.**

GET STARTED

 30 day **money back guarantee**

 **Support** teams across the world

 **Safe & Secure** online payment

### WHO WE ARE

About
Our Mission
Giving Back
Team
Work With Us
Style Guide

### WOOCOMMERCE

Features
Extension Store
eCommerce blog
Development blog
Ideas board
iOS App

### OTHER PRODUCTS

Storefront
WooSlider
Sensei
Sensei Extensions
Other Plugins

### SUPPORT

Help Desk
Documentation
Videos
Customizations
Support Policy
Contact

### WE RECOMMEND

Pre-sales FAQ
Customer Stories
Hosting Solutions
Design Feedback Group



COPYRIGHT WOOCOMMERCE 2018
TERMS & CONDITIONS

AUTOMATTIC





